HEARING DATE AND TIME: June 27, 2012 at 9:45 a.m. (Eastern)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                              :
                                                   :      Chapter 11 Case No.
AMES DEPARTMENT STORES, INC., *et al.*,   :      01-42217 (REG)
                                                   :
                    Debtors.                       :      Jointly Administered
                                                   :
-------------------------------------------------------------x

## NOTICE OF HEARING TO ADDRESS STATUS
## OF OPEN ADVERSARY PROCEEDINGS

PLEASE TAKE NOTICE that a status conference will be held before the Honorable Richard E. Geber, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York, 10004 on June 27, 2012 at 9:45 a.m. to address the status of the following adversary proceedings:

| | |
|---|---|
| Achim Importing Company, Inc. | 03-8365 & 03-4249 |
| Lumbermens Mutual Casualty Co. | 06-1890 |

PLEASE TAKE FURTHER NOTICE that trial counsel in each of the above-listed adversary proceedings should attend on behalf of their clients to report to the Court on the trial status of their respective cases and the dates on which they are available for trial.

Dated: New York, New York
       June 13, 2010

STORCH AMINI & MUNVES PC

By:   /s/ Avery Samet
     Bijan Amini, Esq.
     Avery Samet, Esq.
     Brittany Nilson, Esq.
2 Grand Central Tower, 25th Floor
New York, New York 10017
Phone: (212) 490-4100
Fax:   (212) 490-4208

Timothy Q. Karcher, Esq.
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
Phone: (212) 969-4750
Fax:   (212) 969-2900

*Attorneys for the Debtors and Debtors in Possession*

To:    Mark Gamell, Esq.
       Torre, Lentz, Gamell, Gary & Rittmaster, LLP
       100 Jericho Quadrangle, Suite 309
       Jericho, New York 11753
       *Attorney for Defendant*

       Laurence May, Esq.
       Cole, Schotz, Meisel Forman & Leonard P.A.
       900 Third Avenue, 16th Floor
       New York, NY 10022-1906
       *Attorney for Defendant*

       Gregory Zipes, Esq.
       Office of the Unites States Trustee
       33 Whitehall Street, 21st Floor
       New York, NY 10004