**TORRE, LENTZ, GAMELL, GARY**
    **& RITTMASTER, LLP**
*Attorneys for Defendant*
100 Jericho Quadrangle, Suite 309
Jericho, New York  11753
Tel.:   (516) 240-8900
       Mark S. Gamell, Esq.
       Robert Beau Leonard, Esq.


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x
                                 :

In re:                          :

                                 :   Chapter 11

AMES DEPARTMENT STORES, INC., *et al.*,    :   Case No. 01-42217 (REG)

                                 :

                       *Debtors.*   :   Jointly Administered

-------------------------------------------------------------------- x
                                 :

AMES DEPARTMENT STORES, INC.,      :   Adversary Proceeding

                       *Plaintiff,*   :   No. 06-01890 (REG)

    – against –                  :

                                 :

LUMBERMENS MUTUAL CASUALTY COMPANY, :

                       *Defendant.*   :

-------------------------------------------------------------------- x


### NOTICE OF ENTRY OF STATE COURT ORDER OF REHABILITATION AGAINST DEFENDANT LUMBERMENS MUTUAL CASUALTY COMPANY


     PLEASE TAKE NOTICE that annexed hereto is a true copy of an "Agreed Order of

Rehabilitation" entered against the Defendant, Lumbermens Mutual Casualty Company

("**Lumbermens**"), on July 2, 2012, in the Circuit Court of Cook County, Illinois, in proceedings

filed against Lumbermens by the People of the State of Illinois, upon the relation of Andrew

Boron, Director of Insurance of the State of Illinois (Case No. 12CH24227), which Order states

in part as follows:

4.  Andrew Boron, Director of Insurance of the State of Illinois, and his successors in office, is affirmed as the statutory Rehabilitator (the "Rehabilitator") of Lumbermens and American Manufacturers, with all of the powers appurtenant thereto.

[***]

14.  Pursuant to its authority under Section 189 of the Code, 215 ILCS 51189, the Court hereby issues the following mandatory and prohibitive injunctions:

[***].

D.  The officers, directors, agents, servants, representatives and employees of Lumbermens and American Manufacturers, and all other persons and entities having knowledge of this Order are restrained and enjoined from bringing or further prosecuting any claim, action or proceeding at law or in equity or otherwise, whether in this State or elsewhere, against Lumbermens and American Manufacturers, or their property or assets, or the Director or Rehabilitator, except insofar as those claims, actions or proceedings arise in or are brought in the rehabilitation proceedings prayed for herein; or from obtaining, asserting or enforcing preferences, judgments, attachments or other like liens, including common law retaining liens, or encumbrances or the making of any levy against Lumbermens and American Manufacturers, or their property or assets while in the possession and control of the Rehabilitator, or from interfering in any way with the Rehabilitator in his possession or control of the property, business, books, records, accounts, premises and all other assets of Lumbermens and American Manufacturers, until the further order of this Court; and [***].

15.  The Court retains jurisdiction in this cause for the purpose of granting such other and further relief as the nature of this cause and the interests of Lumbermens and American Manufacturers, their policyholders, beneficiaries, members and creditors, or of the public, may require and/or as the Court may deem proper in the premises.

Dated:   Jericho, NY
          July 6, 2012

TORRE, LENTZ, GAMELL, GARY
& RITTMASTER, LLP

By: ___/s/  Mark S. Gamell_____
        Mark S. Gamell, Esq.
        Robert Beau Leonard, Esq.
*Attorneys for Defendant*
100 Jericho Quadrangle, Suite 309
Jericho, New York  11753
Tel.:  (516) 240-8900

2