# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

---

| | |
|---|---|
| In re: Ames Department Stores, Inc. | Bankruptcy Case No.: 01–42217–reg |

Ames Department Stores, Inc.

                              Plaintiff(s),

–against–                                                     Adversary Proceeding No.
                                                          06–01890–reg

The St. Paul Travelers Companies, Inc. f/k/a The Travelers Indemnity Company
Lumbermens Mutual Casualty Company d/b/a Kemper Insurance Companies
Lumbermens Mutual Casualty Company
Ames Department Stores, Inc.
Ames Department Stores, Inc.

                              Defendant(s)

---

## NOTICE OF PROPOSED FINDINGS AND CONCLUSIONS

Please take notice that the Honorable Robert E. Gerber, U.S. Bankruptcy Judge, has filed the enclosed proposed findings of fact and conclusions of law in this matter.

Rule 9033(b) of the Federal Rules of Bankruptcy Procedure provides:

> Within 14 days after being served with a copy of the proposed findings of fact and conclusions of law a party may serve and file with the clerk written objections which identify the specific proposed findings or conclusions objected to and state the grounds for such objection. A party may respond to another party's objections within 14 days after being served with a copy thereof. A party objecting to the bankruptcy judge's proposed findings or conclusions shall arrange promptly for the transcription of the record, or such portions of it as all parties may agree upon or the bankruptcy judge deems sufficient, unless the district judge otherwise directs.

Following the objection period and the filing of the transcript if one is required, the clerk will transmit the proposed findings and conclusions together with any timely filed objections and transcripts to the district court.

Objections should be electronically filed using "Objection to Proposed Findings of Fact/Conclusions of Law" in the "Other" menu option under "Bankruptcy."

Dated: December 10, 2015                                                     Vito Genna
                                                                                   Clerk of Court

United States Bankruptcy Court
Southern District of New York

Ames Department Stores, Inc.,
    Plaintiff                                                                                             Adv. Proc. No. 06-01890-reg

The St. Paul Travelers Companies, Inc. f,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0208-1          User: arouzeau          Page 1 of 1          Date Rcvd: Dec 10, 2015
                         Form ID: fofcol          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2015.
cc             +American Motorists Insurance Company,   1 Kemper Drive,   Long Grove, IL 60047
dft            +The St. Paul Travelers Companies, Inc. f/k/a The T,   385 Washington Street,
                 St. Paul, MN 55102-1309

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Andrew Boron,   c/o Torre,Lentz,Gamell, Gary & Rittmaste,   100 Jericho Quadrangle, Ste 309,
                  Jericho
                                                                                            TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2015 at the address(es) listed below:
      Avery  Samet    on behalf of Plaintiff    Ames Department Stores, Inc. asamet@samlegal.com,
                jhoyte@samlegal.com
      Bijan  Amini    on behalf of Plaintiff    Ames Department Stores, Inc. bamini@samlegal.com,
                jhoyte@samlegal.com
      Frank A. Oswald    on behalf of Plaintiff    Ames Department Stores, Inc. frankoswald@teamtogut.com,
                sskelly@teamtogut.com;dperson@teamtogut.com;dcahir@teamtogut.com
      Mark S. Gamell    on behalf of Defendant    Lumbermens  Mutual Casualty  Company mgamell@tlggr.com
      Martin J. Bienenstock    on behalf of Plaintiff    Ames Department Stores, Inc.
                mbienenstock@proskauer.com,  tkarcher@proskauer.com
      Steven H. Rittmaster    on behalf of Counter-Claimant    American Motorists Insurance Company
                srittmaster@tlggr.com
      Timothy Q. Karcher    on behalf of Counter-Defendant    Ames Department Stores, Inc.
                tkarcher@proskauer.com
                                                                                             TOTAL: 7